IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KENNETH WILLIAMS, #336398 | : | |
| Plaintiff | : | |
| v | : | Civil Action No. AW-06-2315 |
| WARDEN, E.C.I. | : | |
| Defendant | : | |

o0o

## MEMORANDUM

The above-captioned case was filed by Plaintiff on September 5, 2006. Although Plaintiff failed to file a Motion for Leave to File In Forma Pauperis, the Court shall grant indigency status for the purpose of initial review of the Complaint. Plaintiff alleges that the Warden at Eastern Correctional Institution ("ECI") sent gang members to his cell to threaten him after Plaintiff asked to use the legal library to prepare for filing a lawsuit.

Under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), no action shall be brought by a prisoner with respect to prison conditions under 42 U.S.C. § 1983 or any other federal law until he or she has exhausted available administrative remedies. *See Woodford v. Ngo, 126 S. Ct. 2373, 2382-83 (June 22, 2006); Porter v. Nussle*, 534 U.S. 516, 542 (2002); *Booth v. Churner*, 532 U.S. 731, 739 (2001). Having reviewed the Complaint, the Court concludes that it would be appropriate in the interest of justice and to promote the speedy resolution of this action for Plaintiff to demonstrate exhaustion of administrative procedures as set forth in DCD 185-001, *et seq*. The Court is of the view that, in this case, the administrative procedures set forth in DCD 185-001, *et seq.*, will aid in making factual determinations and that the delay involved will not unduly burden or prejudice Plaintiff's rights. Upon submission of evidence that administrative remedies have been exhausted, Plaintiff may re-file this cause of action for the Court's consideration.

Accordingly, a separate Order shall be entered granting Plaintiff leave to proceed in forma pauperis, but dismissing his cause of action without prejudice to allow him to exhaust administrative remedies properly pursuant to 42 U.S.C. § 1997e.  Plaintiff may refile his action after he has exhausted his administrative remedies using the by-pass procedure set forth at Division of Correction Regulation ("DCR") 185-2.VI.B.6, filing his ARP not within ECI, but rather directly with the Commissioner of Correction.


Date: September 18, 2006

/s/
Alexander Williams, Jr.
United States District Judge